Case 2:25-cr-00340   Document 13   Filed on 07/28/25 in TXSD   Page 1 of 3

United States District Court
Southern District of Texas
**ENTERED**
July 28, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CR ACTION NO. 2:25-CR-00340 |
| | § | |
| PEDRO ANTONIO BARDALES-ZELAYA | § | |
| | § | |

**MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL**

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). The following requires detention of the defendant pending trial in this case:

(1) There is probable cause to believe the defendant committed an offense for which a maximum term of imprisonment of ten years or more is prescribed in 21 U.S.C. § 841(b)(1)(C); and

(2) The defendant has not rebutted the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

This case is before the Court by an indictment, however, the case agent testified as to the investigation and evidence connecting the defendant to drug trafficking activity, including photographs and electronic messages. The evidence against the defendant meets the probable cause standard and the weight of the evidence is strong. The defendant has

two pending misdemeanor cases in which there are active warrants for failure to appear. The circumstances of the failure to appear are not known, but the defendant has shown he is not able to stay accountable to the authorities for pending criminal charges. Additionally, the defendant is not a citizen of the United States. While the defendant is a lawful permanent resident, he will likely be deported to Honduras if convicted. Further, the defendant lost his job after being arrested, but continued to live in the Austin area without a stable residence. During a period of at least several weeks, the defendant lived out of his vehicle.  While the defendant has family support and a place to live in South Texas, the defendant has shown he has the ability to live without a stable residence. The undersigned views this ability and recent history as some evidence of the defendant's risk of flight.  The findings and conclusions contained in the Pretrial Services Report are adopted.  The defendant is ORDERED DETAINED pending trial.

   The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED on July 28, 2025.

                                                          Jason B. Libby
                                        United States Magistrate Judge